# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GAMALIEL JAPHIA JOSEPH EL,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　**Case No. 4:18cv425-RH/CAS**

**ALL LOCAL LAW ENFORCEMENT,**
**et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff sought to initiate this case on September 10, 2018. ECF Nos. 1-2. An Order was entered on September 11, 2018, requiring Plaintiff to file an in forma pauperis motion and a complaint on the forms which are required to be used in this Court by October 12, 2018. ECF No. 4. Plaintiff did not comply but, instead, filed an "answer to order," ECF No. 5, which, among other things, asserts that Plaintiff will not submit an amended complaint. ECF No. 5 at 3. Plaintiff also filed an "answer to memorandum," ECF No. 6, which states, among other things, that Plaintiff is not seeking in forma pauperis status. *Id.* at 2.

Because Plaintiff did not comply with the first Order, ECF No. 4, another Order was entered directing Plaintiff to submit an "amended complaint" on the court provided form to him.  ECF No. 7.  The insufficiencies with Plaintiff's initial complaint were explained, and Plaintiff was required to file an amended complaint as previously ordered.  *Id.*  Additionally, Plaintiff was required to either pay the filing fee for this case or submit a proper in forma pauperis motion.  *Id.*  Plaintiff was warned that if he did not comply by the October 12, 2018, deadline, a Report and Recommendation will be entered to dismiss this case.  ECF No. 7.

On October 5, 2018, a frivolous document was filed by Plaintiff, *see* ECF No. 8, but Plaintiff did not comply with the prior Orders.  Moreover, the last Order entered, ECF No. 7, has now been returned to the Court as undeliverable.  ECF No. 9.  Accordingly, if Court Orders cannot reach Plaintiff, this case cannot continue.  Furthermore, Plaintiff has neither paid the filing fee or filed an in forma pauperis motion.  It appears that Plaintiff has abandoned this litigation.

The Supreme Court has held that "[t]he authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control

necessarily vested in courts to manage their own affairs . . . . " <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 630, 82 S.Ct. 1386, 1389, 8 L.Ed.2d 734 (1962) (quoted in <u>Betty K Agencies, Ltd. v. M/V MONADA</u>, 432 F.3d 1333, 1337 (11th Cir. 2005)). In addition, the local rules of this Court provide that if "a party fails to comply with . . . a court order, the Court may strike a pleading, dismiss a claim, enter a default on a claim, rake other appropriate action, or issue an order to show cause why any of these actions should not be taken." N.D. Fla. Loc. R. 41.1. Having been warned of the consequences of failing to comply with court orders, this case should now be dismissed.

**Recommendation**

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with court orders.

**IN CHAMBERS** at Tallahassee, Florida, on October 22, 2018.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

Case No. 4:18cv425-RH/CAS

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.