# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GAMALIEL JAPHIA JOSEPH EL,

    Plaintiff,

v.                                             CASE NO. 4:18cv425-RH/CAS

ALL LOCAL LAW ENFOREMENT
et al.,
    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10. No objections have been filed.

As set out in the report and recommendation, the plaintiff has neither paid the filing fee nor moved for leave to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on November 13, 2018.

                                                           s/Robert L. Hinkle
                                                           United States District Judge